UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

ZIPWALL LLC,

                            Plaintiff,

   v.

UNITED STATES,

                            Defendant.

**S U M M O N S**

**Court No. 22-00161**

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                          **/s/ Mario Toscano**
                          Clerk of the Court

**PROTEST**

| Port(s) of Entry: See schedule attached | Center (if known): CEE 008 |
|---|---|
| Protest Number: See schedule attached | Date Protest Filed: See schedule attached |
| Importer: ZIPWALL LLC | Date Protest Denied: See schedule attached |
| Category of Merchandise: Plastic Barrier kits & Plastic Parts for Barrier Kits ||

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  | See Schedule attached |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP
599 Lexington Avenue, 36th floor
New York, New York 10022
JSpraragen@GDLSK.COM
212-557-4000

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Plastic Barrier kits | HTSUS 7616.99.51<br>HTSUS 7326.90.86<br>HTSUS 9903.88.03 | 2.5%<br>2.9%<br>25% | HTSUS 7616.99.51<br>HTSUS 7326.90.86<br>HTSUS 9903.88.37 | 2.5%<br>2.9%<br>Free |
| Plastic Parts for Barrier Kits | HTSUS 3926.90.99<br>HTSUS 9903.88.15 | 5.3%<br>7.5/15% | HTSUS 3926.90.99<br>HTSUS 9903.88.55 | 5.3%<br>Free |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| The issue which was common to all such denied protests: the applicability of exclusions |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Joseph M. Spraragen
*Signature of Plaintiff's Attorney*

May 27, 2022
*Date*

## SCHEDULE OF PROTESTS

<u>CEE 008</u>
Center (if known)

| PROTEST NUMBER | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE | PORT CODE |
|---|---|---|---|---|---|---|
| 0401-21-102669 | 03/10/2021 | 12/01/2021 | 248-1607859-6 | 10/13/2019 | 09/11/2020 | 0401 |
| 2809-21-107898 | 01/27/2021 | 12/01/2021 | 248-1607382-9 | 09/05/2019 | 07/31/2020 | 2809 |
| 2809-21-107899 | 01/27/2021 | 12/01/2021 | 248-1607334-0 | 09/05/2019 | 07/31/2020 | 2809 |
| 2809-21-108005 | 02/17/2021 | 12/01/2021 | 248-1608030-3 | 09/27/2019 | 08/21/2020 | 2809 |
| 2809-21-108160 | 03/17/2021 | 12/01/2021 | 248-1608699-5 | 10/23/2019 | 09/18/2020 | 2809 |
| 2809-21-108251 | 04/07/2021 | 12/01/2021 | 248-1609114-4 | 11/13/2019 | 10/09/2020 | 2809 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)